IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 17 CR 0036 |
| | ) | Title 21, Section 841(a)(1), |
| ERIC L. MCREYNOLDS, AKA | ) | (b)(1)(B), and (C) United States |
| TENNESSEE, | ) | Code; |
| | ) | Title 18, Sections 922(g)(1), |
| Defendant. | ) | 924(a)(2), and 924(c), United |
| | ) | States Code |

JUDGE NUGENT

## COUNT 1

The Grand Jury charges:

On or about August 18, 2016, in the Northern District of Ohio, Eastern Division, defendant ERIC L. McREYNOLDS, aka TENNESSEE, did knowingly and intentionally possess with the intent to distribute and distributed a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 2

The Grand Jury further charges:

On or about August 24, 2016, in the northern District of Ohio, Eastern Division, defendant ERIC L. McREYNOLDS, aka TENNESSEE, did knowingly and intentionally possess

with the intent to distribute and distributed a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 3

The Grand Jury further charges:

On or about September 13, 2016, in the Northern District of Ohio, Eastern Division, defendant ERIC L. McREYNOLDS, aka TENNESSEE, did knowingly and intentionally possess with the intent to distribute and distributed a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 4

The Grand Jury further charges:

On or about September 15, 2016, in the Northern District of Ohio, Eastern Division, defendant ERIC L. McREYNOLDS, aka TENNESSEE, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 5

The Grand Jury further charges:

On or about September 15, 2016, in the Northern District of Ohio, Eastern Division, ERIC L. McREYNOLDS, aka TENNESSEE, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Robbery, in case number CR-1997-12-2707, in the Court of Common Pleas, Summit County, Ohio, on or about

February 5, 1998, and Aggravated Robbery, in case number 2003-CR-1589, in the Court of Common Pleas, Stark County, Ohio, on or about December 31, 2003, did knowingly possess in and affecting interstate and foreign commerce, firearms, including: a Mossberg model 600A pump action, .12 gauge shotgun, bearing no visible serial number, a .223 Remington caliber Smith and Wesson model M&P-15 semiautomatic rifle, serial #SY44809, a .45 caliber Glock model 36 semiautomatic pistol bearing serial #PBR957, a .40 caliber Glock model 23 semiautomatic pistol bearing serial #PTC326, along with ammunition, said firearms and ammunition having previously been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 6

The Grand Jury further charges:

On or about September 15, 2016, in the Northern District of Ohio, Eastern Division, ERIC L. McREYNOLDS, aka TENNESSEE did knowingly possess firearms, including, a Mossberg model 600A pump action, .12 gauge shotgun, bearing no visible serial number, a .223 Remington caliber Smith and Wesson model M&P-15 semiautomatic rifle, serial #SY44809, a .45 caliber Glock model 36 semiautomatic pistol bearing serial #PBR957, a .40 caliber Glock model 23 semiautomatic pistol bearing serial #PTC326, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is knowingly and intentionally possessing with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), as charged in Count Five, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE

The Grand Jury further charges:

For the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the allegations of Counts 1 through 6, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, defendant ERIC L. McREYNOLDS, aka TENNESSEE shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of such violations; any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and, any and all property (including firearms and ammunition) involved in or used in the commission of such violations; including, but not limited to, the following:

A. Mossberg model 600A pump action, .12-gauge shotgun, bearing no visible serial number;

B. .223 Remington caliber Smith and Wesson model M&P-15 semiautomatic rifle, serial #SY44809;

C. .45 caliber Glock model 36 semiautomatic pistol bearing serial #PBR957;

D. .40 caliber Glock model 23 semiautomatic pistol bearing serial #PTC326; and

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.