UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **WAIVER OF DETENTION** |
| | ) | **HEARING AND ORDER** |
| v. | ) | |
| | ) | |
| ERIC L. McREYNOLDS | ) | Case No.  5:17 CR 36 (DCN) |

ERIC L. McREYNOLDS, the above-named defendant, who is accused of violating Title 21, U.S.C., 841(a)(1) and (b)(1)(C); 18:922(g)(1) and 924(a)(2); and 18:924(c)(1)(A)(i), being advised of the nature of the charge and of his/her rights and under advice of counsel, hereby waives in open court his/her right to a detention hearing and consents that he/she be held without bail pursuant to Title 18, U.S.C. § 3142.  The defendant also knowingly and voluntarily, and with advice of counsel, waives whatever right of appeal he/she has of the Magistrate Judge's Order of Detention as a result of the waiver. Defendant ordered detained in custody of U.S. Marshal.

*Defendant reserves the right to request a reconsideration of the order if circumstances change.*

Defendant *[signature: E. McReynolds]*

Counsel for Defendant *[signature]*

APPROVED AND ORDERED:

*[signature]*
WILLIAM H. BAUGHMAN, JR.
UNITED STATES MAGISTRATE JUDGE