# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA : | CASE NO. 5:17CR36 | |
| Plaintiff, : | | |
| | JUDGE NUGENT | |
| vs. : | | |
| ERIC L. McREYNOLDS : | MOTION FOR BOP RECOMMENDATIONS | |
| Defendant, : | | |

Defendant, through counsel, moves this Court to make the following recommendations to the Bureau of Prisons as part of his sentence:

1.) That he be placed at FCI Morgantown. In support thereof it is submitted that placement at the requested institution would best facilitate contact between Defendant and his family, which in turn should help with his eventual reintegration into the community.

2.) That he be permitted to participate in the five hundred hour RDAP drug program operated by the Bureau of Prisons. In support thereof it is submitted that Defendant's long term, persistent, drug addiction issues need professional treatment.

Respectfully submitted,

/s/Bradley R. Iams
BRADLEY R. IAMS, #0019009
Attorney for Defendant
301 Cleveland Avenue NW
Canton, Ohio 44702
(330) 452-6400
Fax (330) 452-8260

CERTIFICATE OF SERVICE

      A copy of the foregoing Motion was filed electronically on January 29, 2018. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Bradley R. Iams
BRADLEY R. IAMS, #0019009