UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
# DONALD C. NUGENT
United States District Judge

DATE: February 9, 2018

CASE NO. 5:17 CR 36

COURT REPORTER: Shirle Perkins

SENTENCING

UNITED STATES OF AMERICA

-VS-

ERIC MC REYNOLDS

APPEARANCES:   Plaintiff: Aaron Howell, Esq.
Defendant: Bradley Iams, Esq.
Probation: Linda Martinez

PROCEEDINGS: The defendant is sentenced to the custody of the Bureau of Prisons for fifty seven months on Count Four and sixty months on Count Six to run consecutive.  The defendant shall be given credit for time served.  The Court recommends FCI Morgantown and the 500 hour drug treatment program.  Supervised release is ordered for a term of three years as to Count Four and two years on Count Six concurrent.  Special assessment $200.00.  Counts 1,2,3 and 5 are dismissed.

Jeane M. Wells Ruprecht
Courtroom Deputy

Length of Proceedings:___30 minutes_____